MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*HAZRAT AFZAL*  v.  *KATRINA S. KANE, ICE,*
*Dept. of Homeland Security*

THE HONORABLE JOHN W. SEDWICK        CASE NO. 2:10-cv-01546 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**        Date: June 2, 2011

At docket 14, the magistrate judge recommends that the petition in this case be dismissed without prejudice for failure to prosecute and that the respondent's motion to dismiss at docket 11 be denied as moot. The time for filing objections to the recommendation has passed, and none have been filed. This court reviews recommended findings of fact as to which no objection is taken for clear error and reviews recommended conclusions of law *de novo*. Having applied that standard of review, this court concludes that the recommendation from the magistrate judge is in all material respects correct. The recommendation at docket 14 is **ADOPTED**. The motion at docket 11 is **DENIED as moot**. The petition is **DISMISSED without prejudice**. The Clerk of Court will please close this case.